```
FILED
November 23, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THO LE, ) <br> ) <br> Defendant. ) | Case No. MAG 05-0331 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __THO LE__ , Case No. __MAG 05-0331 DAD__ , Charge __21 USC § 846, 843 (b)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $_____

        _X_   Unsecured Appearance Bond $ __50,000.00__

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        _X_   (Other)  __Pretrial Services Supervision__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 23, 2005__ at __11:45 a.m.__

                            By  _/s/ Dale A. Drozd_
                                  Dale A. Drozd
                                  United States Magistrate Judge

Original - U.S. Marshal